IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VANDERBILT HOOKS,

    Plaintiff,

v.                              CASE NO. 5:18cv114-RH-MJF

H. SAPP et al.,

    Defendants.

_____/

ORDER DISMISSING THE STATE-LAW AND
OFFICIAL-CAPACITY CLAIMS AGAINST
THE DEFENDANTS SAPP AND HUNTER

    This prisoner case is before the court on the magistrate judge's report and recommendation, ECF No. 94, and the objections, ECF No. 95. The objections assert the plaintiff has been unable to access the prison law library. But the governing principles are clear and well settled. There is no reason to delay this order. I have reviewed the issues de novo.

    IT IS ORDERED:

    1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendant Herman Sapp's motion to dismiss, ECF No. 70, as adopted by the defendant Markevar Hunter, ECF No. 73, is granted. The state-law claims against Mr. Sapp and Mr. Hunter are dismissed. Any federal-law claims against Mr. Sapp and Mr. Hunter in their official capacities are dismissed.

3. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on September 2, 2020.

           s/Robert L. Hinkle
           United States District Judge