UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VANDERBILT HOOKS,

    Plaintiff,

v.   Case No. 5:18-cv-114-RH/MJF

H. SAPP, *et al.*,

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

Plaintiff, a Florida prisoner proceeding *pro se*, initiated this action on April 30, 2018, by filing a civil rights complaint. (Doc. 1). On October 22, 2020, the clerk of the court mailed a form to Plaintiff. (Doc. 97). The form was mailed to Plaintiff at his address of record (Hamilton Correctional Institution Annex). On November 2, 2020, the mail was returned as undeliverable marked "Return to Sender – No Mail Receptacle – Unable to Forward," followed by the notation "Deceased." (*Id.*).

On November 3, 2020, the court noted Plaintiff's death on the record, and ordered that a motion for substitution of the proper party be filed within 90 days. (Doc. 98); *see also* Florida Department of Corrections Offender Network, http://www.dc.state.fl.us/offenderSearch/detail.aspx?Page=Detail&DCNumber=07

7062&TypeSearch=IR.[1] No motion for substitution has been filed.

Rule 25 of the Federal Rules of Civil Procedure provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). Over 90 days have passed since the order noting Plaintiff's death, and no motion for substitution has been filed.

Accordingly, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

2. The clerk of the court be directed to close this case file.

At Panama City, Florida, this 2nd day of February, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] The Florida Department of Corrections published a notice of Plaintiff's death on its website.

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**