IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VANDERBILT HOOKS,

    Plaintiff,

v.                                  CASE NO. 5:18cv114-RH-MJF

H. SAPP et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 99. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice" The clerk must close the file.

SO ORDERED on March 4, 2021.

                                            s/Robert L. Hinkle
                                            United States District Judge